United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIA DIZON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A.; LITTON LOAN )<br>SERVICING; and DOES 1 through 100, )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 5:11-CV-05224-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Lilia Dizon filed a complaint against Wells Fargo Bank, N.A. ("Wells Fargo"), Litton Loan Servicing ("Litton"), and Does 1 through 100 (collectively "Defendants") on September 22, 2011, in Santa Clara County Superior Court. *See* ECF No. 1. On October 26, 2011, Litton removed the case to federal court. *Id.* Litton declined to proceed before a magistrate judge on October 31, 2011, and the case was reassigned to the undersigned judge on November 1, 2011. *See* ECF Nos. 4, 6. On November 2, 2011, Litton filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 7. On November 17, 2011, Wells Fargo joined Litton's motion. ECF No. 10. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Litton's motion to dismiss was due on November 16, 2011. Plaintiff has not filed an opposition or statement of non-opposition to Litton's motion.

1

1    The hearing on Litton's motion and the case management conference set for May 24, 2012,

2 are VACATED.  The Court hereby ORDERS Plaintiff to show cause why this case should not be

3 dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely

4 opposition to Litton's motion.  Plaintiff has until **May 17, 2012** to file a response to this Order to

5 Show Cause.  A hearing on this Order to Show Cause is set for **Thursday, May 24, 2012, at 1:30**

6 **p.m.**  Plaintiff's failure to respond to this Order and to appear at the May 24, 2012 hearing will

7 result in dismissal with prejudice for failure to prosecute.

8

9 **IT IS SO ORDERED.**

10 Dated: May 9, 2012

11                                                      LUCY H. KOH
                                                       United States District Judge

*United States District Court*
*For the Northern District of California*